IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

SHELTON R. THOMAS, )
)
    Plaintiff, )
)
v. ) CV 324-027
)
WELLPATH; JERMAINE WHITE; RICKY )
WILCOX; VERONICA STEWART; TONJA )
KEITH; KAREN THOMAS; DENISHA )
GAUZE FOSTER-BELLAMY; )
TAMARSHE SMITH; ANDREW )
MCFARLANE; DR. JACKSON; DR. )
SUSAN OLIVER; DR. DAVID CHENEY; )
BEVERLEY MURRAY; NURSE RAY; )
NURSE SMITH; PAMELA MAXIE; )
NURSE GRAY; CYNTHIA HUNT; JIMMY )
J. KELLOM; SMITH; ANNTOINETTE )
JOHNSON; DEIRDRA BLACK; JEFF )
JEFFRIES; JOHN AUGUSTA INMAN; )
WENDY MILLER; CANDACE SMITH; )
LITTLE; CERT OFFICER WILCOX; DONN )
SMITH; RONNEISHED LASHAY MOORE; )
LT. HARRIS; LT. GRIFFIN; LT. CROY; )
LT. CHARBONNEAU; WILLIAM SIKES; )
NURSE JANE DOE I-III; NANCY )
LAWSON; and Z. SOLOMAN, )
)
    Defendants. )

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG - 1 2024

FILED

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _1st_ day of _August_, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE